# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

127703-4

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAWRENCE REED, Personal Representative
of the ESTATE OF LANCE NATHAN REED,
      Plaintiff-Appellee,

v

FREDERICK BRETON, Personal Representative
of the ESTATE OF CURTIS J. BRETON, and
HB RESORT ENTERPRISES, INC., a/k/a
EAGLES NEST,
      Defendants,
and

BEACH BAR, INC., a/k/a/ BEACH BAR,
      Defendant-Appellant.
_____/

SC: 127703
COA: 247837
Jackson CC: 01-004350-NI

JAMES KUENNER, Personal Representative
of the ESTATE OF ADAM W. KUENNER,
      Plaintiff-Appellee,

v

FREDERICK BRETON, Personal Representative
of the ESTATE OF CURTIS JASON BRETON,
and HB RESORT ENTERPRISES, INC., a/k/a
EAGLES NEST,
      Defendants,
and

BEACH BAR, INC., a/k/a/ BEACH BAR,
      Defendant-Appellant.
_____/

SC: 127704
COA: 247974
Jackson CC: 01-006423-NI

On order of the Court, the application for leave to appeal the November 18, 2004 judgment of the Court of Appeals is considered, and it is GRANTED.

CAVANAGH, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

d1012